1  Kimberly E. Colwell, Esq. (SBN: 127604)
   kcolwell@meyersnave.com
2  Kevin E. Gilbert, Esq. (SBN: 209236)
   kgilbert@meyersnave.com
3  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
4  Oakland, CA  94607
   Telephone: (510) 808-2000
5  Facsimile: (510) 444-1108

6  Attorneys for Defendants
   CITY OF MODESTO, OFFICERS GARRETT CRAWFORD,
7  DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO,
   JOSEPH PIMENTAL, TONY SCOPESI and YAIR OAXACA
8

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11

12  MARGARET A. SHEPHERD,                Case No:  1:08-CV-00128-OWW-DLB

13          Plaintiff,
                                         **STIPULATION AND ORDER**
14      v.                               **AMENDING PRE-TRIAL DEADLINES**

15  OFFICER GARRETT CRAWFORD, OFFICER
    D. GRIEPP, OFFICER DAVID ANGAROLE,
16  OFFICER T. MUSTARO, OFFICER JOSEPH
    PIMENTAL, OFFICER SCOPESI, OFFICER
17  YAIR OAXACA, DOE OFFICER ONE, DOE
    OFFICER TWO, DOE OFFICER THREE,
18  DOE OFFICER FOUR, CITY OF MODESTO,
    THE COPPER RHINO, LLC, LESLIE R.
19  KNOLL, GRIFFIN ALLEN DYE, and DOES
    5-20, inclusive,
20
            Defendants.
21

22

23

24

25

26

27

28

STIPULATION AND ORDER AMENDING PRE-TRIAL DEADLINES          [1:08-CV-00128-OWW-DLB]

PDF created with pdfFactory trial version www.pdffactory.com

1   COME NOW the parties, by and through their respective attorneys of record, and hereby

2   stipulate and request the Court to enter an Order amending the pre-trial deadlines as follows:

3   - Last day to disclose expert witnesses in writing:  January 15, 2009;

4   - Last day to mail discovery:  January 15, 2009;

5   - Expert/Non-expert discovery cutoff:  March 6, 2009.

6   All other deadlines remain as set forth in the Court's prior Scheduling Order.

7   IT IS SO STIPULATED.

8

9   By: _____

10      Kevin E. Gilbert
        MEYERS, NAVE, RIBACK, SILVER & WILSON
11      Attorneys for Defendants
        CITY OF MODESTO, OFFICERS GARRETT
12      CRAWFORD, DOUGLAS GRIEPP, DAVID
        ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL,
13      TONY SCOPESI and YAIR OAXACA

14

15  By: _____

16      R. Ernest Montanari, Esq.
        MUSACCHIO, MONTANARI & LUCIA
17      Attorney for Defendants
        KNOLL, DYE and COPPER RHINO

18

19

20  By: _____

21      James F. Demartini, Esq.
        LAW OFFICES OF JAMES F. DEMARTINI
22      Attorneys for Plaintiff
        MARGARET A. SHEPHERD

23

24

25

26

27

28

1

STIPULATION AND ORDER AMENDING PRE-TRIAL DEADLINES          [1:08-CV-00128-OWW-DLB]

PDF created with pdfFactory trial version www.pdffactory.com

1

2
ORDER

3
GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an

4
Order of this Court.  The above-referenced dates are hereby accepted and made an Order of this Court.

5

6
IT IS SO ORDERED.

7

8
DATED: November 17, 2008          /s/ OLIVER W. WANGER

9
The Honorable Oliver W. Wanger
United States District Court Judge

10

11

12

13

14

15

16
1165732_1.DOC

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER AMENDING PRE-TRIAL DEADLINES          [1:08-CV-00128-OWW-DLB]

PDF created with pdfFactory trial version www.pdffactory.com