1  JAMES F. DeMARTINI (SBN 76220)
   Attorney at Law
2  115 West First Street
   Cloverdale, California  95425
3  (707) 894-5000
   (707) 894-3127-*Fax*
4

5  Attorney for Plaintiff

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| MARGARET A. SHEPHERD, | UNLIMITED |
| Plaintiff, | Case No.: 1: 08-CV-00128-OWW-DLB |
| vs. | |
| OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive, | **STIPULATION AND PROPOSED ORDER TAKING MANDATORY SETTLEMENT CONFERENCE OFF COURT'S CALENDAR**<br><br>Date: January 27, 2009<br>Time 10:00 a.m.<br><br>Courtroom 9 (7th Floor)<br><br>MAGISTRATE JUDGE DENNIS L. BECK |
| Defendants. | |

1

**STIPULATION AND PROPOSED ORDER TAKING MANDATORY SETTLEMENT CONFERENCE OFF COURT'S CALENDAR**

1   COME NOW the parties, by and through their respective attorneys of record,
2  and hereby stipulate and request the Court to enter an Order taking the Mandatory
3  Settlement Conference, which is currently scheduled for January 27, 2009 at 10:00
4  a.m. in Courtroom 9, off calendar.  The parties hereby agree to reset the Mandatory
5  Settlement Conference after parties complete discovery.

Respectfully submitted:

Dated: January 8, 2009            By:  _____/s/_____
                                              JAMES F. DeMARTINI
                                              Attorney for Plaintiff

Dated: January 8, 2009            By:  _____/s/_____
                                              KIMBERLY E. COLWELL
                                              Attorney for Defendants

Dated: January 8, 2009            By:  _____/s/_____
                                              R. ERNEST MONTANARI
                                              Attorney for Defendants

**STIPULATION AND PROPOSED ORDER TAKING MANDATORY SETTLEMENT CONFERENCE OFF COURT'S CALENDAR**

<u>ORDER</u>

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court.  The date for the Mandatory Settlement Conference shall be rescheduled after the parties complete discovery.

IT IS SO ORDERED.

**Dated:   January 12, 2009**              _____/s/ **Dennis L. Beck**_____
                                                                 UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER TAKING MANDATORY SETTLEMENT CONFERENCE OFF COURT'S CALENDAR**