Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, OFFICERS GARRETT CRAWFORD,
DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO,
JOSEPH PIMENTAL, TONY SCOPESI and YAIR OAXACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>Defendants. | Case No:  1:08-CV-00128-OWW-DLB<br><br>**DEFENDANTS CITY OF MODESTO, OFFICERS GARRETT CRAWFORD, DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL, TONY SCOPESI AND YAIR OAXACA'S NOTICE OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE:   March 23, 2009<br>TIME:    10:00 am<br>DEPT:   Courtroom 3, 7th Floor<br>JUDGE:  Hon. Oliver W. Wanger |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that on March 23, 2009, at 10:00 a.m. in Courtroom 3, 7th Floor, in the above-referenced Court, Defendants CITY OF MODESTO, SERGEANT GARRETT CRAWFORD, OFFICERS DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL, TONY SCOPESI and YAIR OAXACA will move this Court for an Order granting summary judgment or, in the alternative, summary adjudication as to Plaintiff's Complaint.  Said motion will submit the following issues for adjudication:

1. Can Plaintiff continue to maintain her causes of action as against Officers Angarole, Musto, Pimental, Scopesi or Oaxaca given the undisputed testimony that these officers had no involvement with Plaintiff on the night in question, nor did they assist in Plaintiff's detention, as confirmed by Plaintiff's own discovery responses?

2. Should summary judgment be issued in favor of the City of Modesto due to Plaintiff's failure to identify any facts to suggest the existence of an improper policy or custom by the City or, in the alternative, the ratification of an alleged unconstitutional action by an official?

3. Did the officers' observations of Plaintiff assaulting a private security guard at the Copper Rhino bar in the middle of a barroom brawl form a sufficient basis to find probable cause to arrest Plaintiff on the night in question?

4. Once the officers found probable cause to arrest Plaintiff, were they justified in exercising their discretion to use the necessary force to restrain Plaintiff and stop Plaintiff's assault upon another individual?

5. Are Defendants immune from prosecution for their actions in restraining and arresting Plaintiff during a barroom brawl pursuant to the Qualified Immunity doctrine, as established by the United States Supreme Court?

This Motion will be based upon this Notice, the Memorandum of Points and Authorities, the Declaration of Kevin E. Gilbert in support along with the exhibits attached thereto, the Separate Statement of Undisputed Facts together with such other oral and documentary evidence as will be presented to this Court for consideration.

Dated: February 13, 2009          MEYERS, NAVE, RIBACK, SILVER & WILSON

                                  By:_____/s/     Kevin E. Gilbert_____
                                      Kevin E. Gilbert
                                      Attorneys for Defendants
                                      CITY OF MODESTO, OFFICERS GARRETT
                                      CRAWFORD, DOUGLAS GRIEPP, DAVID
                                      ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL,
                                      TONY SCOPESI and YAIR OAXACA

1197482_1