JAMES F. DeMARTINI (SBN 76220)
Attorney at Law
115 West First Street
Cloverdale, California 95425
(707) 894-5000
(707) 894-3127-*Fax*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD, <br><br> Plaintiff, <br><br> vs. <br><br> OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive, <br><br> Defendants. | UNLIMITED <br><br> Case No.: 1: 08-CV-00128-OWW-DLB <br><br> **STIPULATION AND PROPOSED ORDER TO DISMISS OFFICERS MUSTO AND ANGAROLE** <br><br> MAGISTRATE JUDGE DENNIS L. BECK |

1

COME NOW the parties, by and through their respective attorneys of record, and hereby stipulate and request the Court to enter an Order dismissing OFFICER TODD MUSTO, erroneously sued as OFFICER T. MUSTARO, and OFFICER DAVID ANGAROLE, with prejudice as to the entire action.

                                      Respectfully submitted:

Dated: _____  By: _____/s/_____
                                                      JAMES F. DeMARTINI
                                                      Attorney for Plaintiff

Dated: _____  By: _____/s/_____
                                                      KIMBERLY E. COLWELL
                                                      Attorney for Defendants, Officer Garrett Crawford, Officer D. Griepp, Officer David Angarole, Officer Todd Musto, Officer Joseph Pimental, Officer Scopesi, Officer Yair Oaxaca

Dated: _____  By: _____/s/_____
                                                      R. ERNEST MONTANARI
                                                      Attorney for Defendants

## ORDER

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court. OFFICER TODD MUSTO, erroneously sued as OFFICER T. MUSTARO, and OFFICER DAVID ANGAROLE, are hereby dismissed, with prejudice, as to the entire action.

IT IS SO ORDERED.

**Dated: March 23, 2009**     /s/ Oliver W. Wanger
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER TO DISMISS OFFICERS MUSTO AND ANGAROLE**