JAMES F. DeMARTINI (SBN 76220)
Attorney at Law
115 West First Street
Cloverdale, California 95425
(707) 894-5000
(707) 894-3127-*Fax*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>   Plaintiff,<br><br>vs.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR , CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>   Defendants. | UNLIMITED<br><br>Case No.: 1: 08-CV-00128-OWW-DLB<br><br>**STIPULATION AND PROPOSED ORDER TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT AS TO ALL DEFENDANTS**<br><br>JUDGE: Hon. Oliver W. Wanger |

COME NOW the parties, by and through their respective attorneys of record, and hereby stipulate and request the Court to enter an Order dismissing Count III of Plaintiff MARGARET A. SHEPHERD's Complaint for False Arrest and Illegal Imprisonment Against Individual Defendants, with prejudice, as to the CITY OF MODESTO, OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER TODD MUSTO, erroneously sued as OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, and OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE and DOE OFFICER FOUR.

Respectfully submitted:

Dated: _____  By: _____/s/_____
                          JAMES F. DeMARTINI
                          Attorney for Plaintiff

Dated: _____  By: _____/s/_____
                          KIMBERLY E. COLWELL
                          Attorney for Defendants, Officer Garrett
                          Crawford, Officer D. Griepp, Officer
                          David Angarole, Officer Todd Musto,
                          Officer Joseph Pimental, Officer
                          Scopesi, Officer Yair Oaxaca

Dated: _____  By: _____/s/_____
                          R. ERNEST MONTANARI
                          Attorney for Defendants

**STIPULATION AND PROPOSED ORDER TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT AS TO ALL DEFENDANTS**

## ORDER

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court. The CITY OF MODESTO, OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER TODD MUSTO, erroneously sued as OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, and OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE and DOE OFFICER FOUR are hereby dismissed with prejudice as to Count III of Plaintiff MARGARET A. SHEPHERD's Complaint for False Arrest and Illegal Imprisonment Against Individual Defendants.

IT IS SO ORDERED.

Dated: _____  
_____  
The Honorable Dennis L. Beck  
United States District Court Magistrate Judge

IT IS SO ORDERED.

**Dated: March 20, 2009**     **/s/ Oliver W. Wanger**  
UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT AS TO ALL DEFENDANTS**