1 JAMES F. DeMARTINI (SBN 76220)
Attorney at Law
2 115 West First Street
Cloverdale, California 95425
3 (707) 894-5000
(707) 894-3127-*Fax*
4

5 Attorney for Plaintiff

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10
   MARGARET A. SHEPHERD,            )   UNLIMITED
11                                  )
                                    )   Case No.: 1: 08-CV-00128-OWW-DLB
12            Plaintiff,            )
                                    )
13                                  )
       vs.                          )
14                                  )   **STIPULATION AND PROPOSED
                                    )   ORDER TO DISMISS COUNT III OF
15 OFFICER GARRETT                  )   PLAINTIFF'S COMPLAINT AS TO
   CRAWFORD, OFFICER D.             )   ALL DEFENDANTS**
16 GRIEPP, OFFICER DAVID            )
   ANGAROLE, OFFICER T.             )
17 MUSTARO, OFFICER JOSEPH          )
   PIMENTAL, OFFICER SCOPESI,       )
18 OFFICER YAIR OAXACA, DOE         )
   OFFICER ONE, DOE OFFICER         )
19 TWO, DOE OFFICER THREE,          )   JUDGE:    Hon. Oliver W. Wanger
   DOE OFFICER FOUR , CITY OF       )
20 MODESTO, THE COPPER RHINO,       )
   LLC, LESLIE R. KNOLL, GRIFFIN    )
21 ALLEN DYE, and DOES 5-20,        )
   inclusive,                       )
22                                  )
              Defendants.           )
23 _____ /

24

25

26

27

28

                                    1

**STIPULATION AND PROPOSED ORDER TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT AS TO ALL DEFENDANTS**

1  COME NOW the parties, by and through their respective attorneys of record,

2  and hereby stipulate and request the Court to enter an Order dismissing Count III of

3  Plaintiff MARGARET A. SHEPHERD's Complaint for False Arrest and Illegal

4  Imprisonment Against Individual Defendants, with prejudice, as to the CITY OF

5  MODESTO, OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER

6  DAVID ANGAROLE, OFFICER TODD MUSTO, erroneously sued as OFFICER T.

7  MUSTARO, OFFICER JOSEPH  PIMENTAL, OFFICER SCOPESI, and OFFICER

8  YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER

9  THREE and DOE OFFICER FOUR.

10

11                                          Respectfully submitted:

12

13

14  Dated: _____        By: _____/s/_____
                                        JAMES F. DeMARTINI
15                                      Attorney for Plaintiff

16

17

18  Dated: _____        By: _____/s/_____
                                        KIMBERLY E. COLWELL
                                        Attorney for Defendants, Officer Garrett
19                                      Crawford, Officer D. Griepp, Officer
                                        David Angarole, Officer Todd Musto,
20                                      Officer Joseph Pimental, Officer
                                        Scopesi, Officer Yair Oaxaca
21

22  Dated: _____        By: _____/s/_____
                                        R. ERNEST MONTANARI
23                                      Attorney for Defendants

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT AS TO ALL DEFENDANTS**

# ORDER

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court. The CITY OF MODESTO, OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER TODD MUSTO, erroneously sued as OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, and OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE and DOE OFFICER FOUR are hereby dismissed with prejudice as to Count III of Plaintiff MARGARET A. SHEPHERD's Complaint for False Arrest and Illegal Imprisonment Against Individual Defendants.

IT IS SO ORDERED.

**Dated:    March 23, 2009**                    **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER TO DISMISS COUNT III OF PLAINTIFF'S COMPLAINT AS TO ALL DEFENDANTS**