Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, OFFICERS GARRETT CRAWFORD,
DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO,
JOSEPH PIMENTAL, TONY SCOPESI and YAIR OAXACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>Defendants. | Case No: 1:08-CV-00128-OWW-DLB<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS CITY OF MODESTO, OFFICERS GARRETT CRAWFORD, DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL, TONY SCOPESI AND YAIR OAXACA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION**<br><br>DATE: March 23, 2009<br>TIME: 10:00 am<br>DEPT: Courtroom 3, 7th Floor<br>JUDGE: Hon. Oliver W. Wanger |

DEFENDANTS CITY OF MODESTO, OFFICERS GARRETT CRAWFORD, DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL, TONY SCOPESI AND YAIR OAXACA'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, SUMMARY ADJUDICATION came on regularly for hearing before this Court on March 23, 2009 at 10:00 a.m., in Courtroom 3 of the United States District Court, the Honorable Oliver W. Wanger presiding. James F. DeMartini appeared on behalf of Plaintiff. Kevin E. Gilbert appeared on behalf of Defendants.

1

PDF created with pdfFactory trial version www.pdffactory.com

1     HAVING CONSIDERED the papers and arguments submitted by counsel, and good cause
2     appearing, the Court issued its Memorandum Decision Re: Defendants' Motion for Summary
3     Judgment on March 30, 2009, granting in part and denying in part said Motion. Pursuant thereto, the
4     Court hereby Orders as follows:
5         1.    The Motion for Summary Judgment filed by all Defendants as to the False Arrest Claim
6     as well as the Motion for Summary Judgment filed by Defendants Angarole and Musto are moot in
7     light of the respective dismissals filed by Plaintiff on March 24, 2009. (See Dockets 39 and 40.)
8         2.    The Motion for Summary Judgment is GRANTED as to all claims against Officers
9     Pimental, Scopesi and Oaxaca;
10        3.    The Motion for Summary Judgment is DENIED as to Plaintiff's section 1983 claim
11    against the City of Modesto; and
12        4.    The Motion for Summary Judgment is DENIED as to the section 1983 excessive force
13    claims against Sergeant Crawford and Officer Griepp.
14    IT IS SO ORDERED.
15    Dated: April 3, 2009

                                        /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger

APPROVED AS TO FORM.

Dated: April 2, 2009            LAW OFFICES OF JAMES F. DEMARTINI


                                By:    /s/    James F. DeMartini
                                      James F. DeMartini
                                      Attorneys for Plaintiff
                                      MARGARET A. SHEPHERD


1217691_1

PDF created with pdfFactory trial version www.pdffactory.com