Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, SERGEANT GARRETT CRAWFORD
and OFFICER DOUGLAS GRIEPP

James F. DeMartini, Esq. (SBN: 76220)
115 West First Street
Cloverdale, CA 95425
Telephone: (707) 894-5000
Facsimile: (707) 894-3127

Attorney for Plaintiff
MARGARET A. SHEPHERD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>          Plaintiff,<br><br>v.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>          Defendants. | Case No: 1:08-CV-00128-OWW-DLB<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S *MONELL* CLAIMS AGAINST DEFENDANT CITY OF MODESTO** |

Stipulation/Proposed Order Dismissing Plaintiff's *Monell* Claims Against Defendant C/Modesto [08-CV-00128]

## STIPULATION

It is hereby stipulated and agreed that the Plaintiff will dismiss with prejudice her *Monell* claims against Defendant City of Modesto in exchange for the City agreeing not to argue against any fee or cost request related specifically to the *Monell* claims in the event Plaintiff is a prevailing party. Defendants do not waive their right to contest any other claims of fees or costs by Plaintiff.

Dated: May 14, 2009   MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Kimberly E. Colwell
Kimberly E. Colwell
Attorneys for Defendants
CITY OF MODESTO, SERGEANT GARRETT CRAWFORD and OFFICER DOUGLAS GRIEPP

Dated: May 14, 2009   LAW OFFICES OF JAMES F. DeMARTINI

By: /s/ James F. DeMartini
James F. DeMartini
Attorneys for Plaintiff
MARGARET A. SHEPHERD

## ORDER

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court. Defendant City of Modesto is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: 5/19/2009

By: /s/ OLIVER W.WANGER
Honorable Oliver W. Wanger
United States District Court Judge

1237373_1