UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>Plaintiff,<br><br>v.<br><br>THE COPPER RHINO, LLC., LESLIE R. KNOLL, GRIFFIN ALLEN DYE,<br><br>Defendant. | 1:08-CV-00128 OWW DLB<br><br><br>**ORDER DISMISSING ACTION** |

Pursuant to the stipulation of dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed as to defendants The Copper Rhino, LLC., Leslie R. Knoll and Griffin Allen Dye only with prejudice. Each party to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

**Dated:   May 28, 2009**                     **/s/ Oliver W. Wanger**
                                             UNITED STATES DISTRICT JUDGE

1