Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
SERGEANT GARRETT CRAWFORD
and OFFICER DOUGLAS GRIEPP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>　　　　　　　Defendants. | Case No: 1:08-CV-00128-OWW-DLB<br><br>**ORDER ON MOTIONS IN LIMINE** |

　　　　This matter came on regularly for hearing before this Court on May 29, 2009 at 12:00 p.m., in Courtroom 3 of the United States District Court, the Honorable Oliver W. Wanger presiding. James F. DeMartini appeared on behalf of Plaintiff MARGARET SHEPHERD. Kimberly E. Colwell appeared on behalf of Defendants SERGEANT GARRETT CRAWFORD and OFFICER DOUGLAS GRIEPP.

　　　　HAVING CONSIDERED the papers and arguments submitted by counsel, and good cause appearing, the Court issued its Memorandum Decision Regarding the parties' Motions in Limine as follows:

## I. Plaintiff's Motion in Limine

Plaintiff's Motion in Limine to exclude evidence of officer training is hereby DENIED.

## II. Defendants' Motions in Limine

Defendants Motion in Limine for 48 Hours notice to identify witnesses is hereby GRANTED.

Defendants Motion in Limine to exclude witnesses from the courtroom is hereby GRANTED.

Defendants Motion in Limine regarding admissibility of Media evidence is hereby GRANTED.

Defendants Motion in Limine regarding admissibility of prior or subsequent complaints is hereby GRANTED.

Defendants Motion in Limine to exclude evidence and testimony regarding specifics of arrest and complaints of excessive force by other civilians is GRANTED without prejudice to Plaintiff to provide an offer of proof at time of trial as to why such evidence has become relevant.

**IT IS SO ORDERED.**

Dated: 6/1/2009

                                /s/ OLIVER W.WANGER
                                Honorable Oliver W. Wanger

**APPROVED AS TO FORM**

Dated: May 29, 2009           LAW OFFICES OF JAMES F. DEMARTINI

                              By:    /s/   James F. DeMartini
                                    James F. DeMartini
                                    Attorneys for Plaintiff
                                    MARGARET A. SHEPHERD

1243907_1