**FILED**

**JUDGMENT ENTERED**

_____
Date
by _____A. Timken_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX___  FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARGARET A. SHEPHERD,

      Plaintiff,

vs.

GARRETT CRAWFORD,ET.AL.

      Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:08-CV-00128 OWW/DLB

      JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

      IT IS HEREBY ORDERED AND ADJUDGED that:

      **JUDGMENT IS HEREBY ENTERED IN FAVOR OF GARRETT CRAWFORD AND DOUGLAS GRIEPP IN ACCORDANCE WITH THE JURY VERDICT RENDERED 6/17/2009, AND IN FAVOR OR ALL REMAINING DEFENDANTS AS A MATTER OF LAW, INCLUDING COST OF SUIT.**

DATED: June 19, 2009

      VICTORIA C. MINOR, Clerk

      /S/ Alice Timken
By:
      Deputy Clerk

jgm.civ
2/1/95