JAMES F. DeMARTINI (SBN 76220)
Attorney at Law
115 West First Street
Cloverdale, California  95425
(707) 894-5000
(707) 894-3127-*Fax*

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>        Plaintiff,<br><br>    vs.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR , CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>        Defendants. | UNLIMITED<br><br>Case No.: 1: 08-CV-00128-OWW-DLB<br><br>**STIPULATION AND CONTINUING DEFENDANTS MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AGAINST PLAINTIFF**<br><br>Date:     October 5, 2009<br>Time:    10:00 a.m.<br>Dept.:    Courtroom 3 (7th Floor)<br>Judge:   Hon. Oliver W. Wanger |

1

COME NOW the parties, by and through their respective attorneys of record, and hereby stipulate and request the Court to enter an Order continuing Defendants Sergeant Garrett Crawford, Officers Douglas Griepp, David Angarole, Todd Musto, Joseph Pimental, Tony Scopesi and Yair Oaxaca's Motion for Award of Attorneys' Fees and Costs Against Plaintiff Margaret Shepherd, which is currently scheduled for October 5, 2009 at 10:00 a.m. in Courtroom 3.  The parties hereby agree to reschedule the hearing date to October 26, 2009 at 10:00 a.m., if it so pleases the court.

Respectfully submitted:

Dated: July 28, 2009        By:   /s/ James F. DeMartini
                                  JAMES F. DeMARTINI
                                  Attorney for Plaintiff

Dated: July 28, 2009        By:   /s/ Kevin E. Gilbert
                                  KEVIN E. GILBERT
                                  Attorney for Defendants, Officer Garrett Crawford, Officer D. Griepp, Officer David Angarole, Officer Todd Musto, Officer Joseph Pimental, Officer Scopesi, Officer Yair Oaxaca

2

**STIPULATION AND PROPOSED ORDER CONTINUING DEFENDANTS MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AGAINST PLAINTIFF [08-00128 OWW]**

## ORDER

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court.  The date for the hearing on Defendants Motion for Award of Attorneys Fees and Costs Against Plaintiff shall be rescheduled to October 26, 2009 at 10:00 a.m. in Courtroom 3, 7th Floor.

IT IS SO ORDERED.

IT IS SO ORDERED.

**Dated:   August 11, 2009**              /s/ Oliver W. Wanger
                                          UNITED STATES DISTRICT JUDGE

**STIPULATION AND PROPOSED ORDER CONTINUING DEFENDANTS MOTION FOR AWARD OF ATTORNEYS FEES AND COSTS AGAINST PLAINTIFF [08-00128 OWW]**