Kimberly E. Colwell, Esq. (SBN: 127604)
kcolwell@meyersnave.com
Kevin E. Gilbert, Esq. (SBN: 209236)
kgilbert@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, OFFICERS GARRETT CRAWFORD,
DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO,
JOSEPH PIMENTAL, TONY SCOPESI and YAIR OAXACA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGARET A. SHEPHERD,<br><br>           Plaintiff,<br><br>   v.<br><br>OFFICER GARRETT CRAWFORD, OFFICER D. GRIEPP, OFFICER DAVID ANGAROLE, OFFICER T. MUSTARO, OFFICER JOSEPH PIMENTAL, OFFICER SCOPESI, OFFICER YAIR OAXACA, DOE OFFICER ONE, DOE OFFICER TWO, DOE OFFICER THREE, DOE OFFICER FOUR, CITY OF MODESTO, THE COPPER RHINO, LLC, LESLIE R. KNOLL, GRIFFIN ALLEN DYE, and DOES 5-20, inclusive,<br><br>           Defendants. | Case No:  1:08-CV-00128-OWW-DLB<br><br>**STIPULATION AND ORDER WAIVING ORAL ARGUMENT ON DEFENDANTS SERGEANT GARRETT CRAWFORD, OFFICERS DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL, TONY SCOPESI AND YAIR OAXACA'S MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS AGAINST PLAINTIFF MARGARET SHEPHERD** |

Stipulation and Proposed Order Waiving Oral Argument on Defs' Motion for Award of Attorneys' Fees/Costs [08-CV-00128-OWW]

## STIPULATION

It is hereby stipulated and agreed by and between the parties that the Motion of Defendants Sergeant Garrett Crawford, Officers Douglas Griepp, David Angarole, Todd Musto, Joseph Pimental, Tony Scopesi and Yair Oaxaca's Motion For Award of Attorneys' Fees and Costs Against Plaintiff Margaret Shepherd which was filed on or about July 20, 2009 shall be submitted for decision without oral argument.  Any briefs for said motion, including without limitation any opposition or reply, shall be filed based upon a hearing date of October 26, 2009.

Dated:  August 25, 2009          MEYERS, NAVE, RIBACK, SILVER & WILSON

By:          /s/  Kimberly E. Colwell
   Kimberly E. Colwell
   Attorneys for Defendants
   CITY OF MODESTO, OFFICERS GARRETT CRAWFORD, DOUGLAS GRIEPP, DAVID ANGAROLE, TODD MUSTO, JOSEPH PIMENTAL, TONY SCOPESI and YAIR OAXACA

Dated:  August 25, 2009          LAW OFFICES OF JAMES F. DeMARTINI

By:          /s/   James F. DeMartini
   James F. DeMartini
   Attorneys for Plaintiff
   MARGARET A. SHEPHERD

## ORDER

GOOD CAUSE APPEARING, the Court hereby adopts the Stipulation of the parties as an Order of this Court.  Defendants' Motion for Attorneys' Fees against Plaintiff shall be decided by the Court without oral argument.  The briefing schedule shall remain as is based upon a proposed hearing date of October 26, 2009.

IT IS SO ORDERED.

Dated: 8/27/2009

By: /s/ OLIVER W. WANGER
   Honorable Oliver W. Wanger
   United States District Court Judge

1285736_1.DOC